

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Alpha Oumar Diallo

**Civil Action No.** 26-cv-02033-BJC-AHG

**Plaintiff,**

**V.**

Jeremy Casey Warden

### JUDGMENT IN A CIVIL CASE

**Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants the petition for a writ of habeas corpus. Respondent shall immediately release Petitioner under the previously determined conditions. Respondent is enjoined from re-detaining Petitioner without complying with 8 C.F.R. § 212.5 and due process.

**Date:**        5/5/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy